IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-535-GCM-DCK

| | |
|---|---|
| **FLOWSERVE CORPORATION**, in its capacity as Fiduciary and Plan Administrator of the Flowserve Corporation Pension Plan, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| **REBECCA S. STOUDEMAYER**, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by Paul J. Peralta, concerning Melissa M. Goodman on September 25, 2013. Ms. Goodman seeks to appear as counsel *pro hac vice* for Plaintiff Flowserve Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED.** Ms. Goodman is hereby admitted *pro hac vice* to represent Plaintiff Flowserve Corporation.

**SO ORDERED**.

Signed: September 26,

David C. Keesler
United States Magistrate Judge